In the Matter of the Claim of ANDREW J. HARDING, Respondent, v. HERR'S MOTOR EXPRESS, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Staley, Jr., Greenblott and Cooke, JJ., concur; Reynolds, J., concurs in the result.